# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>HEARTFIELD, THAD | 2. Court or Organization<br><br>U.S.D.C. - TEXAS EASTERN | 3. Date of Report<br><br>6/25/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE - SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>300 WILLOW STREET, RM. 212<br>BEAUMONT, TEXAS 77701 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 6/25/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **HEARTFIELD, THAD** | 6/25/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 6/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American General Life Services Co LLC | A | Interest | J | T | | | | | |
| 2. American General Life Services Co LLC | A | Interest | J | T | | | | | |
| 3. Wells Fargo, Checking | A | Interest | M | T | | | | | |
| 4. Wells Fargo, Checking | A | Interest | L | T | | | | | |
| 5. Wells Fargo, Checking | A | Interest | K | T | | | | | |
| 6. Enterprise Crude Oil LLC | | None | J | T | | | | | |
| 7. Loan | D | Interest | M | U | | | | | Craig S & Shannon Adlong |
| 8. NGL Energy Partners LP (X) | | None | | | | | | | |
| 9. First River Midstreat LLC (X) | A | Royalty | J | T | | | | | |
| 10. Superior Crude Gathering Inc (X) | C | Royalty | J | T | | | | | |
| 11. U.S. Savings Bonds (X) | D | Interest | J | T | | | | | |
| 12. UBS RMA Money Market | A | Interest | L | T | | | | | |
| 13. UBS RMA Money Market | A | Interest | J | T | | | | | |
| 14. Adient PLC | A | Dividend | J | T | | | | | |
| 15. Apple Inc | A | Dividend | J | T | | | | | |
| 16. Applied Materials Inc | A | Dividend | J | T | Buy | 05/19/17 | J | | |
| 17. Caterpillar Inc. | A | Dividend | K | T | Buy | 10/09/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 6/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 11/08/17 | J | | |
| 19. Chevron Corp | A | Dividend | J | T | Buy | 08/15/17 | J | | |
| 20. Chubb Ltd | A | Dividend | J | T | Buy | 08/15/17 | J | | |
| 21. Coca Cola Co. | A | Dividend | J | T | | | | | |
| 22. Colgate Palmolive Co. | A | Dividend | J | T | | | | | |
| 23. Exxon Mobil Corp | A | Dividend | | | Sold | 08/15/17 | J | A | |
| 24. Freeport McMoran | A | Dividend | | | Sold | 11/30/17 | J | A | |
| 25. Halliburton Co. | A | Dividend | J | T | Buy | 11/30/17 | J | | |
| 26. Home Depot Inc. | A | Dividend | K | T | Buy | 09/27/17 | J | | |
| 27. Intel Corp | A | Dividend | K | T | Buy | 10/09/17 | J | | |
| 28. Johnson Controls Int'l PLC | A | Dividend | | | Sold | 07/28/17 | J | A | |
| 29. Johnson & Johnson Co. | A | Dividend | J | T | | | | | |
| 30. McDonalds Corp. | A | Dividend | J | T | Buy | 08/15/17 | J | | |
| 31. Medtronic PLC | A | Dividend | J | T | Buy | 10/20/17 | J | | |
| 32. Microsoft Corp | A | Dividend | J | T | | | | | |
| 33. Nextera Energy Inc. | A | Dividend | J | T | | | | | |
| 34. Pepsico, Inc. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 6/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Stanley Black & Decker, Inc. | A | Dividend | J | T | | | | | |
| 36. Texas Instruments | A | Dividend | K | T | Buy | 10/12/17 | J | | |
| 37. United Parcel Service Inc. | A | Dividend | | | Sold | 11/08/17 | J | A | |
| 38. United Technologies Corp. | A | Dividend | J | T | | | | | |
| 39. Visa Inc. CLA | A | Dividend | J | T | Buy | 09/27/17 | J | | |
| 40. Enterprise Products Partner LP | A | Dividend | J | T | Buy | 11/30/17 | J | | |
| 41. UBS #1 Money Market | A | Interest | J | T | | | | | |
| 42. Caterpillar Inc. | A | Dividend | K | T | Buy | 01/26/17 | K | | |
| 43. Cummins Inc. | A | Dividend | J | T | Buy | 11/08/17 | J | | |
| 44. General Motors Co. | A | Dividend | | | Buy | 01/26/17 | K | | |
| 45. | | | | | Sold | 12/29/17 | K | B | |
| 46. Home Depot Inc. | A | Dividend | K | T | Buy | 11/03/17 | K | | |
| 47. Texas Instruments | A | Dividend | J | T | Buy | 09/27/17 | J | | |
| 48. WP Carey Inc. | A | Dividend | J | T | | | | | |
| 49. Pacer Trendpilot MC ETF | A | Dividend | K | T | Buy | 02/22/17 | K | | |
| 50. Pacer Trendpilot LC ETF | A | Dividend | K | T | Buy | 02/22/17 | K | | |
| 51. Pacer Trendpilot 100 ETF | A | Dividend | K | T | Buy | 02/22/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 6/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard REIT ETF | A | Dividend | J | T | Buy | 06/24/17 | J | | |
| 53. Ishares TIPS Bond ETF | B | Interest | L | T | | | | | |
| 54. Federated HY Bond Fund | B | Interest | K | T | Buy | 08/10/17 | K | | |
| 55. Federated Bond Fund | C | Interest | | | Sold | 08/15/17 | L | A | |
| 56. Guggenheim Total Return Fund | B | Interest | K | T | Buy | 08/10/17 | J | | |
| 57. Lord Abbott Bond Debent Fund | B | Interest | L | T | Buy | 08/10/17 | J | | |
| 58. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 59. Opperheimer Global Strat Inc. Fund | B | Interest | | | Sold | 08/15/17 | L | A | |
| 60. Performance Trust Strat Fund | B | Interest | K | T | Buy | 08/10/17 | J | | |
| 61. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 62. Western Assett Core Plus Bond | B | Interest | K | T | Buy | 08/10/17 | J | | |
| 63. | | | | | Buy (add'l) | 08/15/17 | J | | |
| 64. American Funds Balanced Fund | C | Dividend | M | T | | | | | |
| 65. Amazon.com Inc | A | Dividend | K | T | Buy | 12/29/17 | K | | |
| 66. Constellation Brands Inc | A | Dividend | | | Buy | 01/04/17 | K | | |
| 67. | | | | | Sold | 07/17/17 | K | C | |
| 68. Merck & Co. Inc. New | A | Dividend | | | Sold | 11/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 6/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lord Abbett Floating Rate | A | Interest | | | Buy | 01/20/17 | K | | |
| 70. | | | | | Sold | 08/03/17 | K | A | |
| 71. Lord Abbett Short Duration Fund | | None | | | Sold | 01/20/17 | K | A | |
| 72. Pioneer Strategic Inc. Fund | A | Interest | | | Sold | 08/03/17 | L | A | |
| 73. Bond Fund of America | A | Interest | | | Sold | 08/03/17 | J | A | |
| 74. Unts AAM Dial High Income #39 | A | Interest | J | T | | | | | |
| 75. Unts AAM Dial High Income #55 | A | Interest | J | T | | | | | |
| 76. HTF Amer Growth Fund | | None | M | T | | | | | |
| 77. HTF Amer Growth & Income | | None | M | T | | | | | |
| 78. HTF Amer Global Growth | | None | M | T | | | | | |
| 79. HTF Franklin Mutual Shares | | None | L | T | | | | | |
| 80. Jackson Blackrock Nat'l Resources | | None | K | T | | | | | |
| 81. Jackson Mellon Cup JNL5 | | None | K | T | | | | | |
| 82. Jackson Franklin Temp Global Growth | | None | K | T | | | | | |
| 83. Jackson FPA & DL Flex Alloc | | None | K | T | | | | | |
| 84. Jackson Oppenheimer Glbl Growth | | None | K | T | | | | | |
| 85. Jackson Inversco Flbl Real Estate | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 6/25/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Jackson American Int'l | | None | K | T | | | | | |
| 87. Jackson Mellon Oil & Gas Sector | | None | J | T | | | | | |
| 88. Jackson Invesco Mid Cap Valve | | None | J | T | | | | | |
| 89. Jackson JPMorgan Mid Cap Grth | | None | J | T | | | | | |
| 90. UBS #3 Money Market | A | Interest | J | T | | | | | |
| 91. HTF Amer Growth & Income | | None | K | T | | | | | |
| 92. HTF Amer Growth | | None | K | T | | | | | |
| 93. HTF Amer Global Growth | | None | K | T | | | | | |
| 94. HTF Franklin Mutual Shares | | None | K | T | | | | | |
| 95. CSX Corp | | None | | | Sold | 06/20/17 | J | A | |
| 96. Texas State Water FINL 5% due 8/1/2018 | A | Interest | K | T | | | | | |
| 97. Alabama St. Public Schools 2.5% due 3/1/2024 | B | Interest | L | T | | | | | |
| 98. Univ of North Texas 5% due 4/15/2024 | B | Interest | K | T | | | | | |
| 99. Eaton Vance Sen Floating Rate Trust | B | Dividend | K | T | | | | | |
| 100. Powershares ETF | B | Dividend | K | T | | | | | |
| 101. ML Bank Deposit Program | A | Interest | N | T | | | | | |
| 102. Nuveen Quality Muni Income Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 6/25/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Nuveen Muni Credit Income Fund | B | Dividend | K | T | | | | | |
| 104. Texas Water Dev. Board 5.0% due 7/15/2021 | C | Interest | | | Redeemed | 07/17/17 | L | A | |
| 105. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 6/25/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investments and Trusts

6. There was no 2017 income from Enterprise Crude Oil LLC

8. There is no more income to be received from NGL Energy Partners LP

10. This is the first and last income from Superior Crude Gathering Inc.

11. End of US Savings Bonds.

| Name of Person Reporting | Date of Report |
|---|---|
| HEARTFIELD, THAD | 6/25/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **THAD HEARTFIELD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544